B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Robinson, Jennifer** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **XXX-XX-9226** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **330 Paxton Calumet City Il** ZIP CODE **60409** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **2909 E. 101 Street Crown Point, IN** ZIP CODE **46307** | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

| **Type of Debtor** (Form of Organization) (Check one box.) | **Nature of Business** (Check one box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* <br> ☐ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) <br> _____ | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☐ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for <br> ☐ Chapter 9       Recognition of a Foreign <br> ☐ Chapter 11      Main Proceeding <br> ☐ Chapter 12    ☐ Chapter 15 Petition for <br> ☑ Chapter 13      Recognition of a Foreign <br>               Nonmain Proceeding |

| **Tax-Exempt Entity** (Check box, if applicable.) | **Nature of Debts** (Check one box.) |
|---|---|
| ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached. <br><br> ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. <br><br> ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:** <br> ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). <br> ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). <br> **Check if:** <br> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000. <br> - - - - - - - - - - - - - - - - - - - - - - - - - - - - <br> **Check all applicable boxes:** <br> ☐ A plan is being filed with this petition. <br> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors. <br> ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

KENNETH S. GARDNER, CLERK U.S. BANKRUPTCY COURT

FILED DEC 11 2008 UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS

**Estimated Number of Creditors**

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B 1 (Official Form 1) (1/08)                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): Jennifer Robinson |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: Northern Illinois Bankruptcy Court | Case Number: 08 B08893 | Date Filed: 4-11-08 |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08)

|  |  |  | Page 3 |
|---|---|---|---|
| **Voluntary Petition** | | | |
| *(This page must be completed and filed in every case.)* | | Name of Debtor(s): | |

| **Signatures** | |
|---|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _Jennifer Robinson / Exxys Horne_<br>    Signature of Debtor<br><br>X _708-612-4387 (219-310-8477)_   Home<br>    Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br>_12-10-2008_<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _____<br>    Signature of Attorney for Debtor(s)<br><br>_____<br>Printed Name of Attorney for Debtor(s)<br><br>_____<br>Firm Name<br><br>_____<br>Address<br>_____<br><br>_____<br>Telephone Number<br><br>_____<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>    Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT

_____Northern_____ **District of**_____Illinois_____

In re _Jennifer Robinson_
     Debtor(s)

Case No._____

_Chapter 13_ (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

☑1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed._

**Official Form 1, Exh. D (10/06) – Cont.**

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____ .

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
      ☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
      ☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
      ☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: X *Jennifer Robinson*

Date: 12-10-08

2

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Jennifer Robinson                                          Case No. _____
                                          Debtor
                                                                    Chapter_____**13**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 890,000.00 | | |
| B - Personal Property | Yes | 3 | 8,050.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 567,376.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 8,458.31 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 7,400.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,400.00 |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| Total Assets | | | 898,050.00 | | |
| Total Liabilities | | | | 575,834.31 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Jennifer Robinson                 Case No. _____

                        Debtor

Chapter _____ **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 7,400.00 |
| Average Expenses (from Schedule J, Line 18) | 6,400.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,730.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 8,458.31 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 8,458.31 |

B6A (Official Form 6A) (12 07)

In re    **Jennifer Robinson**                                                    Case No. _____

                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **7839 S. Cregier Chicago 2 flat building inherited 1992** | Fee Simple | - | 260,000.00 | 184,098.00 |
| **2909 E. 101st Crown Point, IN purchased in 4/2007 for $261K** | Fee Simple | - | 450,000.00 | 275,000.00 |
| **single family home 330 Paxton Calumet City, IL** | Fee Simple | - | 180,000.00 | 108,278.00 |

|  | Sub-Total > | 890,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 890,000.00 | |

**0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Jennifer Robinson**                                          ,                    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking & savings w/WaMu | - | 250.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | furniture, appliances | - | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | clothing | - | 800.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  | Sub-Total > | 3,050.00 |
|---|---|---|---|
|  |  | (Total of this page) | |

__2__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12  - Cont.

In re    **Jennifer Robinson**                                                    Case No. _____
_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified state tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

|  | Sub-Total >  | **0.00** |
|---|---|---|
|  | (Total of this page) |  |

Sheet __1__ of __2__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions, Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Jennifer Robinson**                                                          ,                Case No. _____

                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Ford Expedition** | - | 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **5,000.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **8,050.00** |

(Report also on Summary of Schedules)

Sheet **2** of **2**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6C (Official Form 6C) (12 )

In re   **Jennifer  binson**                                                   Case No. _____

                                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exe      ns to which debtor s entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $136,875.
☐  11 U.S.C. §522(b)
■  11 U.S.C. §522(b)

| Descrip      f Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Checking, Savings, o Other Financial Accounts, Certificates of Deposit** | | | |
| **checking & savings WaMu** | 735 ILCS 5/12-1001(b) | 250.00 | 250.00 |
| **Household Goods an  Furnishings** | | | |
| **furniture, appliances** | 735 ILCS 5/12-1001(b) | 2,000.00 | 2,000.00 |
| **Wearing Apparel** | | | |
| **clothing** | 735 ILCS 5/12-1001(a) | 800.00 | 800.00 |
| **Automobiles, Trucks  ailers, and Other Vehicles** | | | |
| **2001 Ford Expedition** | 735 ILCS 5/12-1001(c) | 2,400.00 | 5,000.00 |

|  | Total: | 5,450.00 | 8,050.00 |

__0__  continuation sh   attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best    Solut es - E  a ston IL - 800-492-8037                                   Best Case Bankruptcy

B6D (Official Form 6D) (12    )

In re    Jennifer Robinson                                    Case No. _____

_____
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, made    address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of
the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided
if the debtor chooses to do    List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and
other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or
guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured
creditors will not fit on this    page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate
schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be
liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the
claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last
sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with
primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. 10611276   274  <br><br>Americas Servicing Co.<br>7485 New Horizon W.<br>Frederick, MD 21703 | | | | | Opened 2/01/06 Last Active 7/01/07<br><br>ConventionalRealEstateMortgage<br>330 Paxton Calumet City<br><br>Value $           180,000.00 | | | | 108,278.00 | 0.00 |
| Account No. 70226012  <br><br>CRS Holding<br>20700 44th Ave W<br>Suite 290<br>Lynnwood, WA 9803 | | | | | First Mortgage<br><br>2909 E. 101st Crown Point, IN<br>purchased in 4/2007 for $261K<br><br>Value $           450,000.00 | | | | 275,000.00 | 0.00 |
| Account No. 5692405<br><br>Ocwen Loan Servicing<br>12650 Ingenuity Dr<br>Orlando, FL 32826 | | | | | Opened 9/01/06 Last Active 7/01/07<br><br>ConventionalRealEstateMortgage<br>7839 S. Cregier<br><br>Value $           350,000.00 | | | | 184,098.00 | 0.00 |
| Account No.<br><br><br><br> | | | | | <br><br><br><br>Value $ | | | | | |
| 0    continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 567,376.00 | 0.00 |
| | | | | | Total<br>(Report on Summary of Schedules) | | | | 567,376.00 | 0.00 |

Copyright (c) 1996-2007 - Best    Solutions - Evanston IL - (800) 492-8037                              Best Case Bankruptcy

B6E (Official Form 6E) (12...)

In re __Jennifer _binson__ _____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list ... claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be ... d in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if a ... f all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet fo ... ch type of priority and label each with the type of priority.

The complete a ... unt number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child ... editor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the c ... 's name. See 11 U.S.C. § 112 and Fed. R. Bankr P. 1007(m).

If any entity oth ... han a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors ... complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim ... acing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Con ... nt." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You ma ... d to place an "X" in more than one of these three columns.)

Report the total o ... laims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last she ... f the completed schedule. Report this total also on the Summary of Schedules.

Report the total ... amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedul ... the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistic ... mmary of Certain Liabilities and Related Data.

Report the total ... amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on th ... dule in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Sta ... al Summary of Certain Liabilities and Related Data.

■ Check this box if ... or has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIO ... Y CLAIMS (Check the appropriate boxes below if claims in that category are listed on the attached sheets)

☐ **Domestic supp ... obligations**

Claims for ... upport that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a g ... nmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of c ... it in an involuntary case**

Claims arising in ... ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order fo ... lief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries ... nd commissions**

Wages, salaries ... ns, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $ ... 950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the ... t provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions ... employee benefit plans**

Money owed to ... oyee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred ... on the date provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farme ... nd fishermen**

Claims of certain ... mers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by ind ... uals**

Claims of indivi ... up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provid ... 11 U.S.C. § 507(a)(7).

☐ **Taxes and cer ... other debts owed to governmental units**

Taxes, customs d ... and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments ... maintain the capital of an insured depository institution**

Claims based on ... mmitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or t ... redecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for dea ... r personal injury while debtor was intoxicated**

Claims for death ... rsonal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 1 ... § 507(a)(10).

* Amounts are subje ... adjustment on April 1, 2010 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__0__ continuation sheets attached

B6F (Official Form 6F) (...) ...

In re   **Jennifer** ......                                                           Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND WIFE JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 290554<br><br>Gemb/Jcp<br>Po Box 984100<br>El Paso, TX 79998 | | - | Opened 10/01/06 Last Active 3/16/08<br>ChargeAccount<br><br>*Joy to pay* | | | | 93.00 |
| Account No. 7981924<br><br>Gemb/Lowes<br>Po Box 103065<br>Roswell, GA 30076 | | - | Opened 3/01/07 Last Active 3/03/08<br>ChargeAccount<br><br>*Joe* | | | | 913.00 |
| Account No. 7714100..<br><br>Gemb/Sams Club<br>Po Box 981400<br>El Paso, TX 79998 | | | Opened 3/01/07 Last Active 3/03/08<br>ChargeAccount<br><br>*Paul* | | | | 371.00 |
| Account No. 0480195...<br><br>Kohls/Chase<br>N56 W 17000 Ridge... Dr<br>Menomonee Falls, W... ...05. | | | Opened 6/01/07 Last Active 2/01/08<br>CreditCard<br><br>*Paul* | | | | 259.00 |
| Account No. 6414691<br><br>Mrsi<br>2250 E Devon Ave S...<br>Des Plaines, IL 6001... | | - | Opened 11/01/07<br>CollectionAttorney Ingalls Memorial Hos<br><br>*I mine gone*<br><br>*...sh insurance* | | | | 125.00 |

Sheet no. __1__ of __4__ ... ... to Schedule of                                    Subtotal                    1,761.00
Creditors Holding Uns... ...N ... ...om... Claims                          (Total of this page)

Copyright (c) 1996-200... ... ... ... ... IL - ... ... ... ...                  Best Case Bankruptcy

B6F (Official Form 6F) (12

In re    **Jennifer** ... ipson                                             Case No. _____
_____
Debtor

## SCHE... LE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, ma... ... ...coding zip ...o... ...nd last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property o... ...the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor ... ... ...rested in the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such ...... ...d child by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in S... ... ... of all creditors will not fit on this page, use the continuation sheet provided.

If any entity other ... ...son in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, an... ...ule ...H-C... ...debtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by ... ...g an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is conti... ...place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place ... ...the ...mn labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of a... ...this sche...le in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the ...tor... ...al of all...consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if ... ... ...ors holding unsecured claims to report on this Schedule F

| CRED... ...S NAME, MAIL... ...ADDRESS INCLUDI... ...ZIP CODE, AND AC... ...OUNT NUMBER (See ins... ...tions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | | | | | |
| Account No. **B J ALAN** 3836775 | | | | | Opened 7/01/07  Last Active 7/01/07 ChargeAccount | | | | |
| **Certegy** P.O. Box 30046 Tampa, FL 33630 | | | | | | | | | 176.00 |
| Account No. 7945012... ...423347 | | | | | Opened 6/01/07 ChargeAccount | | | | |
| **Cit Bank/Dfs** 12234 N Ih 35 Sb Bl... Austin, TX 78753 | | | | | | | | | 0.00 |
| Account No. 2850663... | | | | | Opened 9/04/07 Collection 06 Nationwide Insura | | | | |
| **Collection** Po Box 9134 Needham, MA 0249... | | | | | | | | | 489.00 |
| Account No. 1416004... | | | | | Opened 8/01/07 CollectionAttorney | | | | |
| **Cred Protections As...** 1355 Noel Rd Suite ... Dallas, TX 75240 | | | | | | | | | 100.00 |

| **4**   continuation sh... ...ed | | | | | | Subtotal (Total of this page) | | | 765.00 |

B6F (Official Form 6F) (___ Cont.

In re  **Jennifer ___ binson**                                                      Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 16785<br><br>**Nbgl Carsons<br>140 Industrial Dri<br>Elmhurst, IL 60126** | | | Opened 12/01/95 Last Active 2/01/99<br>ChargeAccount<br><br>*Friend Larry Sr* | | | | 1,030.00 |
| Account No. 2608160___<br><br>**Nipsco<br>POB 13007<br>Merrillville, IN 46411** | | | gas bill<br><br>*Want to pay*<br><br>*130-0* | | | | 765.31 |
| Account No. 818R198___<br><br>**Rjm Acq Llc<br>575 Underhill Blvd S___<br>Syosset, NY 11791** | | | Opened 12/01/06<br>Collection Literary Guild Book<br><br>*don't owe* | | | | 245.00 |
| Account No. 8090501<br><br>**Rmi/Mcsi<br>3348 Ridge Rd<br>Lansing, IL 60438** | | | Opened 7/01/02<br>Collection City Of Calumet City<br><br>*Paid* | | | | 100.00 |
| Account No. 8090601<br><br>**Rmi/Mcsi<br>3348 Ridge Rd<br>Lansing, IL 60438** | | | Opened 7/01/02<br>Collection City Of Calumet City<br><br>*Paid* | | | | 100.00 |

Sheet no.  **2**  of  **4**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 2,240.31

B6F (Official Form 6F) (12/07) - Cont.

In re    Jennifer _____                                    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 9124901 | | | | | Opened 8/01/02 Collection City Of Calumet City *Paid* | | | | |
| Rmi/Mcsi 3348 Ridge Rd Lansing, IL 60438 | | | | | | | | | 100.00 |
| Account No. 9125001 | | | | | Opened 8/01/02 Collection City Of Calumet City *Paid* | | | | |
| Rmi/Mcsi 3348 Ridge Rd Lansing, IL 60438 | | | | | | | | | 100.00 |
| Account No. 36907 | | | | | Opened 2/04/04 Last Active 4/11/05 Collection City Of Calumet City | | | | |
| Rmi/Mcsi 3348 Ridge Rd Lansing, IL 60438 | | | | | | | | | 0.00 |
| Account No. 37017 | | | | | Opened 2/04/04 Last Active 2/14/06 Collection City Of Calumet City | | | | |
| Rmi/Mcsi 3348 Ridge Rd Lansing, IL 60438 | | | | | | | | | 0.00 |
| Account No. 5049948 8 | | | | | Opened 7/01/99 Last Active 2/01/08 ChargeAccount | | | | |
| Sears/Cbsd Po Box 6189 Sioux Falls, SD 5711 | | | | | | | | | 535.00 |

Sheet no. __3__ of 4 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          735.00

B6F (Official Form 6F) (...)

In re    **Jennifer** ...son                                                        Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 6035326...08443 | | | | Opened 3/01/07 Last Active 2/03/08 ChargeAccount | | | | |
| **Thd/Cbsd** **Po Box 6497** **Sioux Falls, SD 571...** | | | | *Home Depot* | | | | |
| | | | | | | | | 2,957.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 2,957.00 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 8,458.31 |

B6G (Official Form 6G) (12/07)

In re   Jennifer Robinson                                                    Case No. _____

                                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and
complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Darian Brown 7839 S Langier Chicago, IL 60617 | rent $1500/monthly |
| Seymour Wilson 7839 S Langier Chicago, IL 60649 | $1400 monthly rental |
| Terry Wyler 7839 S Langier Chicago, IL 60649 | $700 per month rental |
| Torrence Jones 330 Pa Calumet City, IL 30429 | $1500 month rental |

_____   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

0

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H)

In re      **Jennifer** bitsch                                                              Case No. _____
                                   _____
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the i    ___ ___ ___ concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the      ___ ___ ___ ___ Include all guarantors and co-signers. If the debtor resides or resided in a community property state,
commonwealth, ___    ___ ___ ___ ing Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin within ___ ___ ___ ___ eriod immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse ___ ___ ___ resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used
by the nondebtor ___ ___ ___ ___ ring the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor,
state the child's ___ ___ ___ ___ the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child'___ ___ ___ ___ See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this bo    ___ ___ ___ ___ no codebtors.

| NAME ___ | ___ ___ ___ OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- | --- |

_____    continuatio    ___ ___ ___ ___ ___ ___ to Schedule of Codebtors

0

Copyright (c) 1996-200 ___ - Be ___ ___ ___ ___ ___ ___ ___ ___ IL - ___ ___ 33-8037                                        Best Case Bankruptcy

B6I (Official Form 6I)

In re __Jennifer __inson_____    Case No. _____
                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled ... be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spo... ... and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this ... ... the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital St... | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): daughter son son | AGE(S): 16 21 24 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employe... | self | |
| How long employe... | | |
| Address of Emplo... | | |

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| INCOME: (Estim... ... ... projec... monthly income at time case filed) | | | | |
| 1. Monthly gross ... ... ... col commis ... (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate month ... ... ... | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROL... DEDUCTIONS | | | | |
|    a. Payroll tax... ... ... | $ | 0.00 | $ | N/A |
|    b. Insurance | $ | 0.00 | $ | N/A |
|    c. Union due... | $ | 0.00 | $ | N/A |
|    d. Other (Spe... | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF ... ...L DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income ... ... ... business or profession or farm (Attach detailed statement) | $ | 1,500.00 | $ | N/A |
| 8. Income from re... ... ... | $ | 5,100.00 | $ | N/A |
| 9. Interest and div... ... ... | $ | 0.00 | $ | N/A |
| 10. Alimony, main... ... or support payments payable to the debtor for the debtor's use or that of dependents list... above | $ | 400.00 | $ | N/A |
| 11. Social security ... ... ... ...ment assistance (Specify): __d stamps_____ | $ | 400.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retir... ... ... | $ | 0.00 | $ | N/A |
| 13. Other monthly ... (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL O... ... of 7 through 13 | $ | 7,400.00 | $ | N/A |
| 15. AVERAGE M... ... INCOME (Add amounts shown on lines 6 and 14) | $ | 7,400.00 | $ | N/A |
| 16. COMBINED ... ...GE MONTHLY INCOME (Combine column totals from line 15) | | | $ | 7,400.00 |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any ... ... ...rease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Jennifer Robinson**                                              Case No.
_____                        _____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
|    a. Are real estate taxes included?    Yes ___    No **X** | |
|    b. Is property insurance included?    Yes ___    No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | $ 300.00 |
|            b. Water and sewer | $ 30.00 |
|            c. Telephone | $ 33.00 |
|            d. Other   **See Detailed Expense Attachment** | $ 160.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 250.00 |
| 5. Clothing | $ 20.00 |
| 6. Laundry and dry cleaning | $ 25.00 |
| 7. Medical and dental expenses | $ 20.00 |
| 8. Transportation (not including car payments) | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|            a. Homeowner's or renter's | $ 0.00 |
|            b. Life | $ 0.00 |
|            c. Health | $ 0.00 |
|            d. Auto | $ 0.00 |
|            e. Other   **See Detailed Expense Attachment** | $ 256.18 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|        (Specify)   **Real Estate Taxes** | $ 758.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|            a. Auto | $ 0.00 |
|            b. Other   **See Detailed Expense Attachment** | $ 4,732.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other   **See Detailed Expense Attachment** | $ 85.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,     $ **6,869.18**
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

| | |
|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a.   Average monthly income from Line 15 of Schedule I | $ 7,443.65 |
| b.   Average monthly expenses from Line 18 above | $ 6,869.18 |
| c.   Monthly net income (a. minus b.) | $ 574.47 |

**B6J (Official Form**

In re ___Jennife___ _____    Case No. _____
                              Debtor(s)

## CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Specific Tax Exp**

| | | |
|---|---|---|
| taxes 7839 Cre_ | $ | 125.00 |
| 330 Paxton | $ | 200.00 |
| **Total Tax Expe** | $ | **325.00** |

**Other Instalme_**

| | | |
|---|---|---|
| 7839 S. Cre_ier | $ | 1,596.00 |
| 2909 E. 101st M_ | $ | 2,340.00 |
| 330 Paxton Mo_ | $ | 786.00 |
| **Total Other In_** | $ | **4,722.00** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re JENNIFER ROBINSON,                         Case No. _____
                    Debtor                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _19_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _12/10/08_

Signature _____
                            Debtor

Date _____

Signature _____
                      (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                      (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

Address

X _____          _____
Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Jennifer__ ___ Debtor(s)     Case No. ___   Chapter __13__

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

#### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | SOURCE |
|---|---|
| 60,715 | gross 2006 all sources |
| 44,993.00 | gross 2007 all sources |
| 700.00 | y-t-d income all sources |

**2. Inco** ... **employment or operation of business**

None
■    State t... the debtor other than from employment, trade, profession, or operation of the debtor's business
during ... ... ceding the commencement of this case. Give particulars. If a joint petition is filed, state income for
each sp... ... filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint
petition ... ... separated and a joint petition is not filed.)

SOURCE

**3. Pay** ...

None
■    *Compl...* ... *appropriate, LLC.*

a.    *In* ... ... *primarily consumer debts*  List all payments on loans, installment purchases of goods or services,
and o... ... than 90 days immediately preceding the commencement of this case unless the aggregate value
of all ... ... lected by such transfer is less than $600. Indicate with an (*) any payments that were made to a
credito... ... obligation or as part of an alternative repayment schedule under a plan by an approved
nonprof... ... counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by
either s... ... joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADD... OF CREDI... | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■    b.  *I...* ... *primarily consumer debts* List each payment or other transfer to any creditor made within **90 days**
immed... ... commencement of the case unless the aggregate value of all property that constitutes or is affected by such
transfer ... If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on
accoun... ... obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit
budget... ... counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or
both sp... ... petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADD... CREDITOR | DATES OF PAYMENTS TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■    c.  ... ... made within **one year** immediately preceding the commencement of this case to or for the benefit of
credito... ... (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
spouse... ... petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADD... RELATIO... | ... | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- | --- |

**4. Suits** ... **administrative proceedings, executions, garnishments and attachments**

None
☐    a. Li... ... administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
this ba... ... filing under chapter 12 or chapter 13 must include information concerning either or both spouses
whethe... ... unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SU... AND CASE N... | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Ocwen v. Robin...** | foreclosure | circuit | **judgment pending** |
| **CRS Holding v...** | | | |
| **ASC v. Robinson...** | | | |

None
■    b. Des... ... that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
preced... ... this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning
proper... ... ether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADD... BENEFI... | ... | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

3

**5. Rep... ...ures and ...turns**

None ■ | List a... ...ed by a creditor, sold at a foreclosure sale, transferred through a deed of lieu of foreclosure or return... ...ons ...s immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or ch... ...concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses ...ot a joint petition is not filed.)

| NAME AND AD... CREDITOR OR ... | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assig... ...eivships**

None ■ | a. Des... ...t 12 g... for the benefit of creditors made within **120 days** immediately preceding the commencement of this ca... ...der ch... chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joi... p... ...s ...s ...s are separated and a joint petition is not filed.)

| NAME AND ADD... ...ss...GNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ | b. List ... ...on ...in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preced... ...ent ...he case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning proper... ...ot ...spo... ...ether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADD... OF CUST... | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gift...**

None ■ | List all ... ...c...tions made within **one year** immediately preceding the commencement of this case except ordinary and us... ...g...t...s aggregating less than $200 in value per individual family member and charitable contributions aggre... ...s ...t ...vic ...zi... (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or ... ...s ...he... ...er ...t a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND AD... PERSON OR OR... | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Los...**

None ■ | List all ... ...fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since th...** ...ent ...ge...t of th s... case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses ...ot a ...s...s filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION OF PROP... | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Pa... ...bt c...eling or bankruptcy**

None ☐ | List all ... ...er...e ...s...transferred by or on behalf of the debtor to any persons, including attorneys, for consultation ...co... ...t ...s...n, r...ie... under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately proceed... ...of t...e ...ase.

| NAME AND ADD... OF PAY... | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Nicole G. Laws...**<br>**7821 S. Wester...**<br>**Chicago, IL 606...** | ...aws, P.C.  4/9/08 | **$1,000.00** |

4

10. O...

| None ■ | ... property transferred in the ordinary course of the business or financial affairs of the debtor, ...ty, within **two years** immediately preceding the commencement of this case. (Married debtors filing ... must include transfers by either or both spouses whether or not a joint petition is filed, unless the ...s is not filed.) |

| NAME AND ... ...R | ... | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |

| None ■ | ... of the debtor within **ten years** immediately preceding the commencement of this case to a self-settled ...or is a beneficiary. |

| NAME OF T... DEVICE | ... | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |

11. C... ...nts

| None ■ | ...ts held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise ... one year immediately preceding the commencement of this case. Include checking, savings, or other financial ... deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, coopera... brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include ... accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless ... ...ated and a joint petition is not filed.) |

| NAME AND A... ...S | | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |

12. S...

| None ■ | ... depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately ... ...on of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories ... ... whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND A... OR OTHER D... | ...ES AND ADDRESSES ...THOSE WITH ACCESS BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |

13. Set...

| None ■ | ... ...ainst a debt or deposit of the debtor within **90 days** preceding the ... debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses ... ... is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND A... ...R | DATE OF SETOFF | AMOUNT OF SETOFF |

14. Pr... ...belongs to a...

| None ■ | ... ...son that the debtor holds or controls. |

| NAME AND A... | | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |

Software Copyright ...          ... ...(800) 492-8... 
                                                      Best Case Bankruptcy

5

**15. P...**

None ☐ ...years immediately preceding the commencement of this case, list all premises which the debtor occupies... prior to the commencement of this case. If a joint petition is filed, report also any separate address...

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Sp... ...s**

None ☐ If the ... ...munity property, state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Loui... ...Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the comm... ...te the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the ...

NAME

**17. En... ... ...tion**

For the ... ...the following definitions apply:

"Envir... ...al, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxi... ...to the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, stat... ...to the cleanup of these substances, wastes, or material.

... ...in any site or property as defined under any Environmental Law, whether or not presently or formerly ... ...including, but not limited to, disposal sites.

... ...thing defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, ... ... term under an Environmental Law.

None ☐ ...or which the debtor has received notice in writing by a governmental unit that it may be liable of mate... ...of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the ...

| SITE NAME AN... | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☐ b. T... ...or which the debtor provided notice to a governmental unit of a release of Hazardous Mater... ...tal unit to which the notice was sent and the date of the notice.

| SITE NAME AN... | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☐ c. ... ... ...eedings, including settlements or orders, under any Environmental Law with respect to which he... ... ...the name and address of the governmental unit that is or was a party to the proceeding, and the ...

| NAME AND AD... GOVERNMENT... | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

Software Copy... ...-8504-472-8... Best Case Bankruptcy

**18. N... ... ... ... ... iness**

None ☐ ... names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending ... the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, ... is employed in a trade, profession, or other activity either full- or part-time within **six years** ... ... ... of this case or in which the debtor owned 5 percent or more of the voting or equity securities ... ... the commencement of this case.

If th... ... names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending ... the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years ... ... commencement of this case.

I... ... names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending ... the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six** years ... ... commencement of this case.

| NAME | ... ... IN  ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- |

None ☐ ... ... ... to subdivision a... above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The follow... ... ... by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six ye... ... commencement of this case, any of the following: an officer, director, managing executive, or owner of more th... ... ... securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-... ... ... ... or other activity either full- or part-time.

*(An individual ... ... this portion of the statement only if the debtor is or has been in business, as defined above, within six years im... ... ... ... ... of this case. A debtor who has not been in business within those six years should go directly to the ...)*

**19. Bo... ... p... ... ... ... gements**

None ☐ ... ... who within **two years** immediately preceding the filing of this bankruptcy case kept or supervis... ... ... ... and records of the debtor.

| NAME AND ADD... ... | DATES SERVICES RENDERED |
| --- | --- |

None ☐ b... ... ... than the **two years** immediately preceding the filing of this bankruptcy case have audited the books ... ... ... financial statements of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None ☐ ... at the time of the commencement of this case were in possession of the books of account and records of the ... ... ... ... account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None ☐ ... ... ... and other parties, including mercantile and trade agencies, to whom a financial statement was issued ... ... ... ... immediately preceding the commencement of this case.

| NAME AND AD... | DATE ISSUED |
| --- | --- |

20.

None ☐ ... taken of your property, the name of the person who supervised the taking of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☐ b. ... having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

21. **Current Partners, Officers, Directors and Shareholders**

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls ... the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

22. **Former partners, officers, directors and shareholders**

None ☐ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement ...

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

23. **Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation ... above, list all withdrawals or distributions credited or given to an insider, including compensation in any form, ... perquisites, options exercised and any other perquisite during **one year** immediately preceding the commencement ...

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP ... | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

24. **Tax Consolidation Group.**

None ☐ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group of which ... number ... has been a member at any time within **six years** immediately preceding the commencement ...

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

25. **Pension Funds.**

None ☐ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, ... contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

Americas Servicing Co
Attention: Bankruptcy
3476 St. View Blvd
Fort Mill, SC 29715


Countrywide Home Lending
Attention: Bankruptcy SV-314B
Po Box 5170
Simi Valley, CA 93062


Credit Protect Assoc.
Po Box 802068
Dallas, TX 75380


Dell Financial Services
12234 North Ih 35
Austin, TX 78753


Gemb/dicks Sporting
Po Box 981439
El Paso, TX 79998


Gemb/lowes
Attention: Bankruptcy Department
Po Box 103104
Roswell, GA 30076


JC Penney
Attention: Bankruptcy Department
Po Box 103106
Roswell, GA 30076


Kohls
Attn: Recovery
Po Box 3120
Milwaukee, WI 53201


Litton Loan Servicing
Attention: Bankruptcy
4828 Loop Central Drive
Houston, TX 77081


Midland Mortgage Company
Attn: Bankruptcy
Po Box 26648
Oklahoma City, OK 73216

Mrsi
2250 E Devon Ave Ste 352 *Unknown*
Des Plaines, IL 60018

Nbgl Carsons
Pob 15521
Wilmington, DE 19805

*Darcy Sims*
*Friend Case*
*Bankruptcy 1995 - Not Mine.*

Ocwen Federal Bank
12650 Ingenuity Dr.
Orlando, FL 32826

Receivables Management Inc. (RMI)/ Mortg
Attn: Bankruptcy
3348 Ridge Rd
Lansing, IL 60438

Rjm Acq Llc
575 Underhill Blvd Suite 224
Syosset, NY 11791

Sams Club
Attention: Bankruptcy Department
Po Box 103104
Roswell, GA 30076

Sears/cbsd
Po Box 20363
Kansas City, MO 64195